**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6563**

_____

WILLIAM EUGENE WEBB,

Petitioner - Appellant,

v.

JOE DRIVER, CEO, Trustee; D. MORENO, ISM; HARLEY G. LAPPIN;
KIM WHITE, Regional Director; A. GONZALEZ; UNITED STATES
ATTORNEY GENERAL,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:06-cv-00122-REM-JSK)

_____

Submitted:  December 11, 2008      Decided:  December 17, 2008

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Eugene Webb, Appellant Pro Se.  Alan Gordon McGonigal,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Eugene Webb appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Webb v. Driver</u>, No. 2:06-cv-00122-REM-JSK (N.D. W. Va. Mar. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>